IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUSAN H. BLAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-242-MEF |
| v. ) | (WO— Do Not Publish) |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause comes before the Court on Plaintiff's Motion to Continue Trial Setting (Doc. #39), to which Defendant Bank of America, N.A. ("BANA") has responded in its Response to Order to Show Cause (Doc. #44), and Plaintiff's Motion to Extend Deadline to Respond to Defendant's Motion for Summary Judgment (Doc. #51).

On October 9, 2012, at approximately 2:15 P.M., this Court held a hearing on Plaintiff's Motion to Continue Trial Setting by conference call with counsel representing Blake and BANA in attendance. Upon consideration of the parties' filings and the representations of counsel at the hearing, it is hereby ORDERED that Plaintiff's Motion to Continue Trial Setting is DENIED.

Upon consideration of Plaintiff's Motion to Extend Deadline, it is further ORDERED that Plaintiff's response to BANA's Motion for Summary Judgment (Doc. #46) is due by **November 16, 2012**, and that BANA's reply to Plaintiff's response is due by **November 28, 2012**.

1

The parties should not expect a ruling on BANA's Motion for Summary Judgment (Doc. #46) by the pretrial conference date of January 3, 2013.  Additionally, the parties should be aware that this extension of the deadlines may result in the trial of this case being continued beyond the term of court commencing on January 28, 2013, in Opelika, Alabama.

Done this the 10th day of October, 2012.

    /s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE