IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION
Case No.: 3:11-cv-00242-WC

| | |
|---|---|
| SUSAN H. BLAKE,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>*Defendant*. | **BANK OF AMERICA, N.A.'S<br>WITNESS AND EXHIBIT LISTS** |

Defendant Bank of America, N.A. ("BANA"), pursuant to the Court's Uniform Scheduling Order of July 3, 2012 and Rule 26(a)(3) of the Federal Rules of Civil Procedure, submits the following Witness and Exhibit Lists:

**WITNESSES**

1.  Diane DeLoney, Assistant Vice-President/Mortgage Resolution Associate, a representative of BANA, with knowledge of Plaintiff's loss mitigation/loan modification history and BANA's general loan modification procedures during the relevant time period. Ms. DeLoney may be contacted through counsel at the following address:

    > Robert A. Muckenfuss, Esq.
    > MCGUIREWOODS LLP
    > 100 North Tryon Street
    > Suite 2900
    > Charlotte, North Carolina 28202
    > Telephone: (704) 343-2000

2.  Plaintiff, Susan H. Blake

3.  Any witness identified by Plaintiff.

4.     Any witness needed for impeachment or rebuttal of any witness called by Plaintiff.

## DEPOSITIONS

None.

BANA reserves the right to use for rebuttal or impeachment purposes live or deposition testimony of any witnesses listed by Plaintiff.

## EXHIBITS

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 1. | Plaintiff's Responses to Defendant's Requests for Admissions | | |
| 2. | Plaintiff's Responses to Defendant's First Interrogatories | | |
| 3. | Plaintiff's Responses to Defendant's First Requests for Production of Documents | | |
| 4. | Defendant's Responses to Plaintiff's First Set of Interrogatories | | |
| 5. | Defendant's Responses to Plaintiff's First Requests for Production of Documents | | |
| 6. | Promissory Note | BOA_BLAKE000001 | BOA_BLAKE000003 |
| 7. | Mortgage | BOA_BLAKE000004 | BOA_BLAKE000016 |
| 8. | Uniform Residential Loan Application | BOA_BLAKE000054 | BOA_BLAKE000062 |
| 9. | Property Appraisal | BOA_BLAKE000086 | BOA_BLAKE000102 |
| 10. | Closing Documents | BOA_BLAKE000103 | BOA_BLAKE000113 |
| 11. | Closing Documents | BOA_BLAKE000152 | BOA_BLAKE000164 |
| 12. | Underwriting and Closing Documents | BOA_BLAKE000280 | BOA_BLAKE000513 |
| 13. | Loan Payment History Statement (through September 6, 2012) | BOA_BLAKE000025 | BOA_BLAKE000031 |

{BH150884.1}                                      2

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 14. | Monthly Home Loan Statements (April 10, 2009 through December 31, 2010) | Pl. Dep., Def.'s Ex. 15 & 16[1] | |
| 15. | Monthly Home Loan Statements (July 1, 2010 through December 31, 2010) | Pl. Dep., Def.'s Ex. 27 | |
| 16. | Misc. Additional Home Loan Statements (2008, 2009) | Pl. Dep., Def.'s Ex. 27 | |
| 17. | Transfer of Servicing to Countrywide (May 3, 2005) | Pl. Dep., Def.'s Ex. 27 | |
| 18. | Notice of Default and Acceleration (November 2, 2005) | BOA_BLAKE000548 | BOA_BLAKE000551 |
| 19. | Late Payment Notice (September 25, 2006) | BOA_BLAKE001000 | BOA_BLAKE001001 |
| 20. | Late Payment Notice (October 2, 2006) | BOA_BLAKE001004 | BOA_BLAKE001004 |
| 21. | Late Payment Notice (October 10, 2006) | BOA_BLAKE001005 | BOA_BLAKE001006 |
| 22. | Notice of Default and Acceleration (December 4, 2006) | BOA_BLAKE000017 | BOA_BLAKE000019 |
| 23. | Late Payment Notice (December 5, 2006) | BOA_BLAKE001007 | BOA_BLAKE001007 |
| 24. | Notice of Default and Acceleration (June 2, 2008) | BOA_BLAKE000020 | BOA_BLAKE000022 |
| 25. | Late Payment Notice (October 3, 2008) | BOA_BLAKE001008 | BOA_BLAKE001008 |
| 26. | Notice of Intent to Accelerate (October 3, 2008) | BOA_BLAKE000023 | BOA_BLAKE000024 |
| 27. | Letter from Borrower (December 16, 2008) | BOA_BLAKE000709 | BOA_BLAKE000715 |
| 28. | Denial of Modification (December 24, 2008) | BOA_BLAKE001009 | BOA_BLAKE001009 |

---

[1] These references are to documents produced by Plaintiff, and which are not bates labeled.

{BH150884.1}   3

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 29. | Countrywide Loan Modification Agreement (January 31, 2009) | BOA_BLAKE000276 | BOA_BLAKE000279 |
| 30. | Notice of Intent to Accelerate (February 2, 2009) | BOA_BLAKE000169 | BOA_BLAKE000171 |
| 31. | Late Payment Notice (February 3, 2009) | BOA_BLAKE001010 | BOA_BLAKE001010 |
| 32. | Letter from Borrower (April 23, 2009) | Pl. Dep., Def.'s Ex. 22 | |
| 33. | Best Interest Rate Mortgage Company Customer Documents | Pl. Dep., Def.'s Ex. 9, 10, 11, & 12 | |
| 34. | Best Interest Rate Mortgage Company Borrower's Certificate and Authorization | BOA_BLAKE000045 | BOA_BLAKE000046 |
| 35. | Plaintiff's Notes and Research on Best Interest Rate Mortgage Company | Pl. Dep., Def.'s Ex. 27 | |
| 36. | Notice of Intent to Accelerate (June 2, 2009) | BOA_BLAKE000165 | BOA_BLAKE000167 |
| 37. | SCRA Notice (June 16, 2009) | Pl. Dep., Def.'s Ex. 27 | |
| 38. | Best Interest Rate Mortgage Company Email (June 27, 2009) | BOA_BLAKE000715 | BOA_BLAKE000727 |
| 39. | Confirmation of Grant of Third-Party Access to Account (July 14, 2009) | Pl. Dep., Def.'s Ex. 16 | |
| 40. | Letter to Borrower Describing Home Affordable Modification Program (March 8, 2010) | BOA_BLAKE001014 | BOA_BLAKE001015 |
| 41. | Letter to Borrower Describing Home Affordable Modification Program (June 14, 2010) | BOA_BLAKE000273 | BOA_BLAKE000275 |
| 42. | Making Home Affordable Request for Modification and Affidavit (June 24, 2010) | BOA_BLAKE000257 | BOA_BLAKE000263 |

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 43. | Letter from Borrower (June 28, 2010) | BOA_BLAKE000032 | BOA_BLAKE000037 |
| 44. | Notice to Borrower Regarding Incomplete Modification Application (July 19, 2010) | BOA_BLAKE000181 | BOA_BLAKE000182 |
| 45. | Letter from Borrower (July 19, 2010) | BOA_BLAKE000186 | BOA_BLAKE000194 |
| 46. | Letter from Borrower (July 23, 2010) | BOA_BLAKE000217 | BOA_BLAKE000226 |
| 47. | Notice to Borrower Regarding Incomplete Modification Application (October 29, 2010) | BOA_BLAKE000183 | BOA_BLAKE000185 |
| 48. | Notice to Borrower Regarding Completion of Modification Application (November 5, 2010) | BOA_BLAKE000180 | BOA_BLAKE000180 |
| 49. | SCRA Notice (December 3, 2010) | Pl. Dep., Def.'s Ex. 27 | |
| 50. | Denial of Loan Modification (January 7, 2011) | BOA_BLAKE000046 | BOA_BLAKE000048 |
| 51. | Foreclosure Notice (January 31, 2011) | BOA_BLAKE001016 | BOA_BLAKE001017 |
| 52. | HAFA Short-Sale Notice (January 31, 2011) | Pl. Dep., Def.'s Ex. 27 | |
| 53. | HAFA Short-Sale Denial Letter (February 14, 2011) | Pl. Dep., Def.'s Ex. 27 | |
| 54. | Fee Disclosure Letter (March 13, 2011) | BOA_BLAKE001017 | BOA_BLAKE001017 |
| 55. | Assignment of Mortgage to BNY Mellon (April 19, 2011) | BOA_BLAKE001036 | BOA_BLAKE001036 |
| 56. | Foreclosure Report (June 1, 2011) | BOA_BLAKE001037 | BOA_BLAKE001043 |
| 57. | Letter Describing NPV Inputs (June 14, 2011) | BOA_BLAKE000760 | BOA_BLAKE000761 |
| 58. | Notice of Transfer of Servicing from BAC to BANA (July 1, 2011) | BOA_BLAKE001018 | BOA_BLAKE001021 |
| 59. | MHA Hold (August 30, 2011) | BOA_BLAKE001035 | BOA_BLAKE001035 |

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 60. | Letter from Borrower Requesting Modification (November 29, 2011) | BOA_BLAKE000762 | BOA_BLAKE000762 |
| 61. | HAMP Application (January 23, 2012) | BOA_BLAKE000765 | BOA_BLAKE000769 |
| 62. | Profit and Loss Statement (February 23, 2012) | BOA_BLAKE000770 | BOA_BLAKE000770 |
| 63. | Fee Disclosure Letter (March 17, 2012) | BOA_BLAKE001022 | BOA_BLAKE001022 |
| 64. | Loan Modification Denial Letter (March 21, 2012) | BOA_BLAKE000771 | BOA_BLAKE000773 |
| 65. | Foreclosure Notice and Reinstatement Calculation (April 3, 2012) | Pl. Dep., Def.'s Ex. 27 | |
| 66. | Reinstatement Calculation (April 14, 2012) | Pl. Dep., Def.'s Ex. 24 | |
| 67. | Payoff Demand Statement and Reinstatement Calculation (April 20, 2012) | Pl. Dep., Def.'s Ex. 23 | |
| 68. | Loan Modification Review Letter (May 15, 2012) | BOA_BLAKE001023 | BOA_BLAKE001024 |
| 69. | Loan Modification Denial Letter (May 15, 2012) | BOA_BLAKE001025 | BOA_BLAKE001026 |
| 70. | Letter Informing Borrower of Review of Request (June 7, 2012) | BOA_BLAKE001027 | BOA_BLAKE001027 |
| 71. | Foreclosure Notice and Payoff Demand (July 11, 2012) | BOA_BLAKE001028 | BOA_BLAKE001029 |
| 72. | EDI Data | BOA_BLAKE001032 | BOA_BLAKE001034 |
| 73. | HomeSaver Comments History | BOA_BLAKE000774 | BOA_BLAKE000784 |
| 74. | Loss Mitigation Home Base Work Action History | BOA_BLAKE000785 | BOA_BLAKE000823 |
| 75. | HomeSaver Workout Notes | BOA_BLAKE000824 | BOA_BLAKE000908 |
| 76. | Loan History | BOA_BLAKE000909 | BOA_BLAKE000999 |

| EXHIBIT NO. | DOCUMENT DESCRIPTION | BEG. BATES RANGE | END BATES RANGE |
|---|---|---|---|
| 77. | Min Summary | BOA_BLAKE001030 | BOA_BLAKE001031 |
| 78. | Borrower Federal and State Tax Returns (2009) | BOA_BLAKE000195 | BOA_BLAKE000215 |
| 79. | Borrower's Checks in the amount of $991.69 | Pl. Dep., Def.'s Ex. 14 | |
| 80. | Borrower's Checking Account Statements (April 11, 2009 through June 10, 2009) | Pl. Dep., Def.'s Ex. 25 | |
| 81. | Borrower Credit Report (November 3, 2005) | BOA_BLAKE000412 | BOA_BLAKE000428 |

BANA reserves the right to rely on any exhibit identified on Plaintiff's Exhibit List. BANA also reserves the right to supplement its Exhibit List with any documents necessary for impeachment or rebuttal.

This 14th day of December, 2012.

/s/ Barry A. Brock
Alan M. Warfield
Barry A. Brock
*Attorneys for Defendant*

OF COUNSEL:

**Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre LLP**
1819 5th Avenue North, Suite 1100 (35203)
P.O. Box 830642
Birmingham, AL 35283-0642
(205) 244-5200 Telephone

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the E-Filing/ECF system which will send notification of such filing to the following:

Christina D. Crow
JINKS, CROW & DICKSON, P.C.
P.O. Box 350
219 Prairie Street North
Union Springs, AL  36089
*Attorneys for Plaintiff*

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Road
P.O. Box 538
Townshend, VT 05353

Nicholas H. Wooten
Nick Wooten, LLC
P.O. Box 3389
Auburn, AL 36831

L. Shane Seaborn
PENN & SEABORN, LLC
P.O. Box 688
Clayton, AL  36073
*Attorneys for Plaintiff*

John William Partin
PENN & SEABORN, LLC
P.O. Box 688
Clayton, AL  36073
*Attorneys for Plaintiff*

 */s/ Barry A. Brock*
ATTORNEY FOR DEFENDANT