Case No.: 11-cv-242

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the E-Filing/ECF system which will send notification of such filing to the following:

Christina D. Crow
JINKS, CROW & DICKSON, P.C.
P.O. Box 350
219 Prairie Street North
Union Springs, AL  36089
*Attorneys for Plaintiff*

L. Shane Seaborn
PENN & SEABORN, LLC
P.O. Box 688
Clayton, AL  36073
*Attorneys for Plaintiff*

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Road
P.O. Box 538
Townshend, VT 05353

John William Partin
PENN & SEABORN, LLC
P.O. Box 688
Clayton, AL  36073
*Attorneys for Plaintiff*

Nicholas H. Wooten
Nick Wooten, LLC
P.O. Box 3389
Auburn, AL 36831

Nathan A. Dickson
JINKS, CROW & DICKSON, P.C.
P.O. Box 350
219 Prairie Street North
Union Springs, AL  36089
*Attorneys for Plaintiff*

　　　　　　　　　　　　　 */s/ Barry A. Brock*
　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

{BH150990.1}　　　　　　　　　　1