**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION**

| | |
|---|---|
| **SUSAN H. BLAKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **V** | ) |
| | ) **CIVIL ACTION NO: 3:11-cv-242** |
| **BANK OF AMERICA, N.A., et al** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S WITNESS LIST

COME NOW Plaintiff, by and through counsel, and propound the following as a list of witnesses that may be called at the trial of this matter. Plaintiff is intending to list all witnesses that may offer evidence of a portion of the claim in this case. The Plaintiff also attempted in anticipating witnesses needed for rebuttal or impeachment in the case and list those witnesses as well. Depending on the evidence presented at the trial of this matter by the Defendants, other witnesses may become necessary for rebuttal or impeachment. In addition, the Plaintiff reserves the right to call any persons whose names were mentioned in any depositions in this case or mentioned or listed on any documents produced by any other party or nonparty pursuant to any subpoena, other discovery, or otherwise named by any other method. All these names are equally available to the Defendants in this case. The Plaintiff may also call any person whose names are listed or mentioned in any exhibits to any depositions, as well as any other custodian of records, agents, servants, or employees, any other persons, firms, corporations, and agencies referenced below. Plaintiff reserves the right call rebuttal impeachment witnesses at trial.

Further discovery and investigation may lead to other witnesses. **THE PLAINTIFF EXPRESSLY RESERVES THE RIGHT TO AMEND THIS LIST.** Plaintiff will notify

opposing counsel upon discovery of any additional witnesses necessary for the fair and impartial trial of this matter.

1. Any party to this action or other official corporate designee.

2. Any employee of any of the Defendants to this action whose name appears on any documents which have been produced during the course of discovery in this matter.

3. Any person named in any deposition taken in this matter.

4. Any party deposed for any reason in this matter.

5. Any person listed in any document returned to the Court pursuant to any subpoena issued in this case.

6. Any other witness that additional discovery reveals between now and the date of the trial.

7. Any other witness needed for impeachment or rebuttal.

8. Any other person whose name is not specifically mentioned on this list whose name appears on the witness list of the Defendants.

9. Susan Blake.

10. Diane Deloney.

11. Krestina Karlar.

12. Corporate Representative of Bank of America.

        */s/ Christina D. Crow*
        Christina D. Crow
        Attorney for Plaintiff

**OF COUNSEL:**
**JINKS, CROW, & DICKSON, P.C.**
PO Box 350
219 Prairie Street North
Union Springs, AL 36089

Mr. Shane S. Seaborn
Mr. John W. Partin
Mr. Charles Hudson
Penn & Seaborn, LLC
PO Box 688
Clayton, AL 360

### Certificate of Service

      I hereby certify that I have, on this the 14th day of December 2012, served a copy of the foregoing on all counsel by mailing same to each by U. S. Mail, postage prepaid and properly addressed.

Mary Colleen Beers, Esq.
Barry A. Brock, Esq.
Alan M. Warfield, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, LLP
1819 5$_{th}$ Ave N, Ste 1100
One Federal Place
Birmingham, AL 35203
(205) 244-5263

Suzanne R. Haley, Esq.
McGuire Woods, LLP
201 N. Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 373-8053

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Road
PO Box 538
Townshend, VT 05353

                                              */s/ Christina D. Crow*
                                              OF COUNSEL