**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**CIVIL DIVISION**

| | |
|---|---|
| **SUSAN H. BLAKE,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| **V** | **)** |
| | **) CIVIL ACTION NO: 3:11-cv-242** |
| **BANK OF AMERICA, N.A., et al** | **)** |
| | **)** |
| **Defendants.** | **)** |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

COMES NOW**,** Plaintiff and submits the following designation of deposition testimony that may be used at trial:

1.The entire deposition of Diane Deloney.

2.The entire deposition of Krestina Karlar.

Respectfully submitted this the 14th day of December, 2012.

*/s/ Christina D. Crow*
Christina D. Crow
Attorney for Plaintiff

**OF COUNSEL:**
**JINKS, CROW, & DICKSON, P.C.**
PO Box 350
219 Prairie Street North
Union Springs, AL 36089

Mr. Shane S. Seaborn
Mr. John W. Partin
Mr. Charles Hudson
Penn & Seaborn, LLC
PO Box 688
Clayton, AL 360

**Certificate of Service**

I hereby certify that I have, on this the 14th day of December 2012, served a copy of the foregoing on all counsel by mailing same to each by U. S. Mail, postage prepaid and properly addressed.

Mary Colleen Beers, Esq.
Barry A. Brock, Esq.
Alan M. Warfield, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, LLP
1819 5th Ave N, Ste 1100
One Federal Place
Birmingham, AL 35203
(205) 244-5263

Suzanne R. Haley, Esq.
McGuire Woods, LLP
201 N. Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 373-8053

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Road
PO Box 538
Townshend, VT 05353

*/s/ Christina D. Crow*
OF COUNSEL