IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **SUSAN H. BLAKE** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO.: 3:11-cv-242** |
| **v.** | ) |
| | ) |
| **BANK OF AMERICA, N.A., et al** | ) |
| | ) |
|     **Defendants.** | ) |

### PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS

COMES NOW, Plaintiff and submits the following designation of deposition testimony that may be used at trial:

1. The following deposition sections of Diane Deloney: 31:21 – 40:13, 41:1 -41:10; 42:8 – 42:17, 42:21 – 48:9, 48:20 – 53:21, 54:23 – 59:17, 60:3 – 63:22, 64:15 – 72:22, 74:16 – 81:11, & 93:4 – 94:12.

2. The following deposition sections of Krestina Karlar: 15:9 - 63:21.

Respectfully submitted this the seventh day of January, 2013.

                                                                                     */s/ Christina D. Crow*
                                                                                     Christina D. Crow
                                                                                     Attorney for Plaintiff

**OF COUNSEL:**

**JINKS, CROW, & DICKINSON, P.C.**
P.O. Box 350
219 Prairie Street North
Union Springs, Alabama 36089

Mr. Shane S. Seaborn
Mr. John W. Partin
Mr. Charles Hudson
**Penn & Seaborn, LLC**
P.O. Box 688
Clayton, Alabama 36016

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of January, 2013, I have electronically filed the foregoing with the Clerk of the Court using the e-filing/ECF system and caused a copy of the foregoing to be sent to the following:

Mary Colleen Beers, Esq.
Barry A. Brock, Esq.
Alan A. Warfield, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, LLP
1819 5TH Ave N, Ste 1100
One Federal Place
Birmingham, Alabama 35203
(205) 244-5263

Suzanne R. Haley, Esq.
Robert A. Muckenfuss, Esq.
Elizabeth M. Timmermans, Esq.
McGuire Woods, LLP
201 N. Tyron St. Suite 3000
Charlotte, North Carolina 28202
(704) 373-8053

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Road
PO Box 538
Townshend, VT 05353

                                            */s/ Christina D. Crow*_____
                                            OF COUNSEL