**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **SUSAN H. BLAKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | **3:11-CV-00242-MEF-WC** |
| **BANK OF AMERICA, N.A., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S REQUESTED JURY INSTRUCTIONS

COMES NOW the Plaintiff, and requests that the following jury instructions be given before submission of this case to the jury:

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 1**

**APJI 10.14 (2d 1993)**

### ISSUE-CONTRACT DENIED

In this action Ms. Blake claims damages of Bank of America as the result of the breach of an alleged contract purportedly entered into by Ms. Blake and Bank of America on or about the March 10, 2010, whereby Bank of America and Ms. Blake agreed to enter into a loan modification. Bank of America denies that any such agreement existed.

Therefore it will be necessary for you to determine from the evidence:

1. Whether there was a contract between Ms. Blake and Bank of America.

2. If so, the terms and conditions of the contract.

3. Did the defendant breach the contract.

4.  If you find there was a valid contract between the parties and that the defendant breached the contract then you will determine from the evidence what damage, if any, the plaintiff suffered as a result of such breach.

GIVEN:          _____

REFUSED:        _____

## PLAINTIFF'S REEQUESTED JURY INSTRUCTION NO. 2

## APJI 10.01 (2d 1999)

## ELEMENTS OF A CONTRACT

Ms. Blake says that the parties had a contract.  A contract is an agreement to do or not do a certain thing.

To prove there was a contract, Ms. Blake must prove to your reasonable satisfaction all of the following:

That there was an offer;

That there was an acceptance;

That there was consideration; and

That there was mutual assent to the terms.

GIVEN:          _____

REFUSED:        _____

## PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 3

## APJI 10.02 (2d 1999)

## OFFER

An offer proposes the terms of a contract to the other party.  The party making the offer must intend to be bound by its terms, if the proposal is accepted.

GIVEN:        _____

REFUSED:     _____

### PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 4

### APJI 10.03 (2d 1999)

### <u>ACCEPTANCE</u>

An acceptance of an offer is a statement or conduct showing that the party agrees to all the terms of the offer and intends to be bound by those terms.

GIVEN:        _____

REFUSED:     _____

### PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 5

### APJI 10.03 (2d ed. 1993)

### <u>CONSIDERATION</u>

A sufficient consideration to support a valid contract is anything of value promised or received, or the doing or promising to do something which one has a legal right to do, or a promise not to do something which one has a legal right to do, as the inducement to enter a contract.

GIVEN:        _____

REFUSED:     _____

### PLAINTIFF'S REQUESTED JURY INSTRUCTIONS NO. 6

### APJI 10.05 (2d 1999)

### <u>MUTUAL ASSENT</u>

Mutual assent means that all parties to the contract understood and accepted all the essential terms of the contract.  Mutual assent is sometimes referred to as a meeting of the minds.

GIVEN:          _____

REFUSED:     _____

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 7**

**APJI 10.07 (2d 1993)**

**<u>INTENT DETERMINATION</u>**

The intent of the parties to a contract is determined by considering the relationship of the parties, what they said and what they did and all the surrounding circumstances.  You will consider the nature of the contract, facts, and circumstances leading up to and attending its execution, relation and condition of the parties, nature, and condition of the subject matter and apparent purpose of making the contract.  From a careful consideration of all these matters you will determine from the evidence the intention of the parties at the time of execution of the contract and render a verdict based upon the intention of the parties.  You will not attempt to alter the expressed intention of the parties if they are clear and unambiguous.  A person's secret intent has no bearing; only the intent indicated by his words and acts may be considered.

GIVEN:          _____

REFUSED:     _____

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 8**

**APJI 10.17 (2d 1993)**

**<u>DAMAGES-GENERAL RULE</u>**

Damages for the breach of a contract is that sum which would place the injured party in the same condition he would have occupied if the contract had not been breached.

GIVEN:          _____

REFUSED:     _____

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 9**

**APJI 10.28 (2d 1993)**

**<u>DAMAGES-MENTAL ANGUISH AND PHYSICAL SUFFERING</u>**

Where the contractual duty or obligation is so related with matters of mental concern or apprehensiveness or with the feelings of the party to whom the duty is owed, that a breach of that duty will necessitate or reasonably result in mental anguish or suffering and such matters were reasonably within the contemplation of the parties when the contact was made, then in such event, if the Plaintiff is entitled to recover, he would be entitled to recover such sum as would reasonably compensate him for such mental anguish and physical suffering.

GIVEN:          _____

REFUSED:       _____

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 10**

**APJI 10.47 (2d 1999)**

**<u>GOOD FAITH AND FAIR DEALING</u>**

Good faith and fair dealing are required of all parties to a contract.  This means the parties must cooperate with each other so that each may obtain the full benefit of the contract.

GIVEN:          _____

REFUSED:       _____

**PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 11**

**APJI 10.07 (2d 1999)**

**<u>ORAL CONTRACTS</u>**

A contract may be written or oral.  Oral contracts are just as valid as written contracts.

GIVEN:          _____

REFUSED:        _____


Respectfully Submitted this the 7th day of January 2013.

> */s/ Christina D. Crow*_____
> Christina D. Crow (CRO   )
> JINKS, CROW, & DICKINSON, P.C.
> Post Office Box 350
> 219 Prairie Street North
> Union Springs, Alabama 36089
> (334) 738-4225 (Telephone)
> (334) 738-4229 (Facsimile)
>
> */s/ L Shane Seaborn,*_____
> L. Shane Seaborn (SEA027)
> PENN & SEABORN, LLC
> 5 Court Square
> Post Office Box 688
> Clayton, Alabama 36073
> (334) 775-9778 (Telephone)
> (334) 775-9779 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2013, I have electronically filed the foregoing with the Clerk of the Court using the e-filing/ECF system and caused a copy of the foregoing to be sent to the following:

Mary Colleen Beers, Esq.
Barry Addis Brock, Esq.
Alan Michael Warfield, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, LLP
1819 5th Ave N, Ste 1100
One Federal Place
Birmingham, AL 35203
(205) 244-5263

Suzanne R. Haley, Esq.
McGuire Woods, LLP
201 N. Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 373-8053

Best Interest Rate Mortgage Company, LLC
c/o National Registered Agents, Inc.
141 Peaked Mountain Raod
P.O. Box 538
Townshend, VT 05353

*/s/Christina D. Crow*_____
OF COUNSEL