IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN H. BLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cv-242-MEF |
| | ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) | (WO – Do Not Publish) |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to the sole remaining breach of contract claim asserted by Plaintiff Susan H. Blake against Defendant Bank of America, N.A., judgment is ENTERED in favor of Defendant Bank of America, N.A. and against Plaintiff Susan H. Blake, with Plaintiff taking nothing by her claim.

(2) Costs are TAXED in favor of Defendant Bank of America, N.A. and against Plaintiff Susan H. Blake for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheets of this case as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this the 17th day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE